UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAKAMINE GAKKI CO., LTD., | ) |
| Plaintiff, | ) Case No. 3:14-cv-01318-MPS |
| v. | ) |
| KMC MUSIC, INC., and | ) |
| FENDER MUSICAL INSTRUMENTS CORPORATION, | ) February 23, 2015 |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action that, Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), the above entitled action, including all claims and counterclaims asserted therein, be, and the same hereby is, dismissed with prejudice, without attorney's fees or costs to either party as against the other.

The U.S. District Court of the District of Connecticut, Judge Michael P. Shea, retains jurisdiction of this case for the purposes of enforcing the parties' settlement agreement, if necessary.

1

                                    ATTORNEYS FOR PLAINTIFF  
                                    /s/ John H. Mutchler  
                                  John H. Mutchler, ct26856  
                                  Robert L. Rispoli, ct20661  
                                  Attorney for Plaintiff  
                                  MKG, LLC  
                                  306 Industrial Park Road, Suite 206  
                                  Middletown, CT  06457  
                                  Phone: (860) 632-7200  
                                  Fax: (860) 632-8269  
                                  Email: mutchler@mkgip.com  
                                  Email: rispoli@mkgip.com  


                                  ATTORNEYS FOR DEFENDANTS  
                                  /s/ Steven M. Coyle  
                                  Steven M. Coyle, ct21039  
                                  Andrew C. Ryan, ct21565  
                                  Tasia E. Hansen, ct29498  
                                  Cantor Colburn LLP - Htfd  
                                  20 Church Street, 22nd Floor  
                                  Hartford, CT 06103  
                                  860-286-2929  
                                  Fax: 860-286-0115  
                                  Email: scoyle@cantorcolburn.com  
                                  Email: ryan@cantorcolburn.com  
                                  Email: thansen@cantorcolburn.com


IT IS SO ORDERED:


_____  Dated: _____

## CERTIFICATE OF SERVICE

    I hereby certify that on February 23, 2015, a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

                                                    By:    /s/  John H. Mutchler
                                                             John H. Mutchler, ct26856